# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR R. COTTON, | : |
| Plaintiff | : Civil Action No. 1:CV-00-1709 |
| | : |
| v. | : Judge Kane |
| | : |
| THREE RIVERS HEALTH PLANS, INC., | : |
| a Corporation, and WARREN | : |
| CARMICHAEL, | : |
| Defendants | : |

FILED
HARRISBURG

FEB 2 7 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## PLAINTIFF'S PROPOSED VOIR DIRE

1. Does any member of the jury panel know any of the attorneys or parties in this case?

2. Have you or any member of your family ever participated in a lawsuit?

3. Was it as a plaintiff or a defendant or a witness?

4. Did lawsuit involve a doctor and/or an HMO?

5. What was the outcome of the case?

6. Any member of the jury panel or their immediate family employed by a doctor or HMO?

7. Any member of the jury panel or their immediate family a stockholder in any HMO?

8. Would you, if appropriately satisfied under the evidence and the law, for any reason at all hesitate to award a substantial verdict to the plaintiff?

9. Is there any reason (there will be no inquiry) why you would prefer not to sit on this jury?

Respectfully submitted,

HAGGERTY LAW FIRM

By: _____
William E. Haggerty, Esquire
Co-counsel for Plaintiff
Attorney I.D. No. 23845
240 North Duke Street
Lancaster, PA 17602
(717) 397-3200

## CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a true and correct copy of the foregoing document upon the person(s) and in the manner indicated below, which service satisfies the requirements of the Federal Rules of Civil Procedure.

### SERVICE BY FIRST CLASS MAIL ADDRESSED AS FOLLOWS:

David R. Fine, Esquire
Kirkpatrick & Lockhart
240 North Third Street
Harrisburg, PA 17101-1507

HAGGERTY LAW FIRM

DATED: February 26, 2002        By: _____
William E. Haggerty, Esquire
Attorney I.D. No. 23845
Attorney for Plaintiff
P.O. Box 1527
Lancaster, PA 17608-1527
(717) 397-3200