IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VICTOR R. COTTON,
:
        Plaintiff
: Civil Action No. 1:CV-00-1709
:
v.
: Judge Kane
:
THREE RIVERS HEALTH PLANS, INC.,
:
a Corporation, and WARREN
:
CARMICHAEL,
:
        Defendants
:

FILED
HARRISBURG
FEB 27 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### PLAINTIFF'S OBJECTIONS TO DEFENDANT'S PROPOSED SPECIAL JURY INTERROGATORIES

1. OBJECTION – Plaintiff objects to Defendant's proposed Special Jury Interrogatory #1 to the extent that the Pennsylvania Medical Gag Clause Prohibition, 40 P.S. 991.2111 is clear on its face and defines "health care provider" as a licensed physician.

2. OBJECTION   Plaintiff objects to Defendant's proposed Special Jury Interrogatory #2 to the extent that it paraphrases the language of the statute, 40 P.S. 991.2113(c)(1).

3. OBJECTION – Plaintiff objects to Defendant's proposed Special Jury Interrogatory #3 to the extent that it paraphrases the language of the statute, 40 P.S. 991.2113(c)(3).

4. OBJECTION – Plaintiff objects to Defendant's proposed Special Jury Interrogatory #4 to the extent that it paraphrases the language of the statute, 40 P.S. 991.2113(c)(1) and (3).

5. OBJECTION – Plaintiff objects to Defendant's proposed Special Jury Interrogatory #5 because it is Defendant's burden to prove that it had separate, plausible and legitimate reasons for terminating Dr Cotton's employment.

6.  NO OBJECTION

7.  OBJECTION – Plaintiff objects to Defendant's proposed Special Jury Interrogatory #7 to the extent that Defendant misstates Plaintiff's damages.

8.  OBJECTION – Plaintiff objects to Defendant's proposed Special Jury Interrogatory #8 to the extent that there was no means by which Plaintiff could mitigate his damages.

9.  OBJECTION – Plaintiff objects to Defendant's proposed Special Jury Interrogatory #9 to the extent that there was no means by which Plaintiff could mitigate his damages.

Respectfully submitted,

HAGGERTY LAW FIRM

By: _____
William E. Haggerty, Esquire
Attorney I.D. No. 23845
240 N. Duke Street
Lancaster, PA 17602
(717)397-3200

## CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a true and correct copy of the foregoing document upon the person(s) and in the manner indicated below, which service satisfies the requirements of the Federal Rules of Civil Procedure.

### SERVICE BY FIRST CLASS MAIL ADDRESSED AS FOLLOWS:

David R. Fine, Esquire
Kirkpatrick & Lockhart
240 North Third Street
Harrisburg, PA  17101-1507

DATED:  February 26, 2002

HAGGERTY LAW FIRM

By: _____
William E. Haggerty, Esquire
Attorney I.D. No. 23845
Attorney for Plaintiff
P.O. Box 1527
Lancaster, PA  17608-1527
(717) 397-3200