IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR R. COTTON, | CIVIL ACTION NO. 1:CV-00-1709 |
| Plaintiff, | |
| v. | Judge Kane |
| THREE RIVERS HEALTH PLANS, INC., A Corporation, and WARREN CARMICHAEL, | |
| Defendants. | |

FILED
HARRISBURG
MAR - 4 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## ORDER

AND NOW, this 4th day of March, 2001, **IT IS ORDERED THAT:**

1. Plaintiff's Proposed Voir Dire questions 1 - 4 and 6 - 7 are **ALLOWED**;

2. Plaintiff's Proposed Voir Dire questions 5, 8 and 9 are **DENIED**;

3. Defendants' Proposed Voir Dire questions 1 - 15 are **ALLOWED**.

_____
Yvette Kane
United States District Judge