*cc: ct. Jim*

3-6-0

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## MINUTES OF TRIAL OR HEARING

Cotton
v.
Three Rivers Health Plan, et al.

CASE NO: 1:CV-00-1709
Date: 3-4-02
_____ Day of Trial or Hearing

Hon. Yvette Kane _____ presiding ____ Courtroom No. 4 _____ in ___ Harrisburg, PA

Nature of Hearing _____ Jury Selection & Trial _____

Time Commenced ____ 9:46 ____ Time Terminated _____

## APPEARANCES

**PLAINTIFF:**                                                    **DEFENDANT:**

(1) William Haggerty, Esq.        (3) David Fine, Esq.

(2) Kathleen Hobbis, Esq.         (4) Mark Rush, Esq.

PLAINTIFF'S WITNESSES:                    DEFENDANT'S WITNESSES:

Dr. Victor Cotton                         **FILED**
                    Exam'd 1 )            **HARRISBURG**
                    Cross Exam'd____)
                    Exam'd____)           MAR - 4 2002
                    Cross Exam'd____)
                    Exam'd____)           MARY E. D'ANDREA, CL[
                    Cross Exam'd____)     Per_____
                    Exam'd____)           **DEPUTY CLERK**
                    Cross Exam'd____)                    Exam'd____)
                    Exam'd____)                          Cross Exam'd____)
                    Cross Exam'd____)                    Exam'd____)
                    Exam'd____)                          Cross Exam'd____)
                    Cross Exam'd____)                    Exam'd____)
                                                         Cross Exam'd____)
                                                         Exam'd____)
                                                         Cross Exam'd____)

REMARKS: Ct opens. Cnsl. present. Panel sworn. 14 names called into jury box. Ct. gives preliminary summary of case. Voir dire begins. 8 jurors selected. Jury sworn. Ct in recess. Ct resumes. Ct gives jury preliminary instructions. Pltf. makes opening statement. Dft. makes opening statement. Jury released for lunch. Ct discusses evidentiary issues with cnsl. Ct in recess. Ct resumes. Ct rules on 403 objections. Jury returns. Pltf. calls Victor Cotton. Ct in recess. Ct resumes w/ direct exam →

Continue remarks and notes on back.

Jennifer Kennedy   Deputy Clerk

Monica Zamiska    Court Reporter

Cotton
v.
Three Rivers Health Plan

1:CV-00-1709

## WITNESS ACTIVITY LIST

| Start | End | Time | Side Bars | Dir | Cross | Re-Direct | Re-Cross | Atty. No. | Witness or Activity |
|-------|-----|------|-----------|-----|-------|-----------|----------|-----------|---------------------|
| 2:08 | 2:43 | 35 | | | | | | 1 | Dr. Victor Cotton |
| 2:43 | 2:47 | 4 | | | | | | | |
| 2:47 | 3:31 | 44 | | | | | | 1 | Dr. Cotton |
| 3:47 | 4:15 | 28 | | | | | | 1 | " |
| 4:15 | 4:18 | 3 | | | | | | | |
| 4:18 | 4:20 | 2 | | | | | | 1 | Dr. Cotton |
| 4:20 | 4:22 | 2 | | | | | | | |
| 4:23 | 4:38 | 15 | | | | | | 1 | Dr. Cotton |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

FILED
HARRISBURG

MAR 4 2002

MARY L. S. SHEA, CLERK
Per_____
DEPUTY CLERK