AO 189 (Rev. 2/83)

# JURY PANEL RECORD

3-6-02

**DISTRICT:** Middle District of Pennsylvania
**CASE NUMBER:** 1:CV-00-1709
**CASE TITLE:** Cotton v. Three Rivers Health Plans
**ATTORNEYS:** William Haggerty, Esq.   David Fine, Esq.
**PRESIDING JUDGE:** Hon. Yvette Kane
**DATE DRAWN:** 3/4/02

| NO. | NAME | P | D | C | NO. | NAME | P | D | C |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Joel Falk | | 1 | | 20 | | | | |
| 2 | Steven Bentz | | 2 | | 21 | | | | |
| ① 3 | Paula Spatz | | | | 22 | | | | |
| ② 4 | Louann Shrader | | | | 23 | | | | |
| ③ 5 | Robert Gingrich | | | | 24 | | | | |
| 6 | ~~Diane Tagliero~~ | | 2 | | 25 | | | | |
| 7 | ~~Isabelle Henry~~ | | 2 | | 26 | | | | |
| ④ 8 | Christine Gotwalt | | | | 27 | FILED HARRISBURG | | | |
| ⑤ 9 | Annie Toy | | | | 28 | MAR - 4 2002 | | | |
| ⑥ 10 | Pamela Witesell | | | | 29 | MARY E. D'ANDREA, CLERK | | | |
| ⑦ 11 | Seth Fisher | | | | 30 | Per ___ DEPUTY CLERK | | | |
| 12 | ~~Ismael Castillo~~ | | 3 | | 31 | | | | |
| 13 | ~~John Herbst~~ | | 1 | | 32 | 11-1 | | | |
| ⑧ 14 | Shirley Huber | | | | 33 | | | | |
| 15 | | | | | 34 | | | | |
| 16 | | | | | 35 | | | | |
| 17 | | | | | 36 | | | | |
| 18 | | | | | 37 | | | | |
| 19 | | | | | 38 | | | | |

**ALTERNATE JURORS**

| 1 | | | | | 6 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 | | | | | 7 | | | | |
| 3 | | | | | 8 | | | | |
| 4 | | | | | 9 | | | | |
| 5 | | | | | 10 | | | | |

P = Plaintiff   D = Defendant   C = Court