cc: cti [initials]

3-6-02

Cotton
v.
Three Rivers Health

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# MINUTES OF TRIAL OR HEARING

CASE NO: 1CV-00-1709
Date: 3-4-02
2nd Day of Trial or Hearing

Hon. Yvette Kane   presiding   Courtroom No. 4   in Harrisburg, PA
Nature of Hearing: Jury Trial
Time Commenced: 9:32    Time Terminated: 2:07

## APPEARANCES

**PLAINTIFF:**
(1) William Haggerty, Esq.
(2) Kathleen Holmes, Esq.

**DEFENDANT:**
(3) David Fine, Esq.
(4) Mark Kush, Esq.

**PLAINTIFF'S WITNESSES:**
Victor Cotton — Exam'd (1); Cross Exam'd (3,3)

**DEFENDANT'S WITNESSES:**
FILED
HARRISBURG
MAR - 5 2002
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

**REMARKS:** Ct opens. Csl. present. Cross-exam of Dr. Cotton begins. Ct. in recess. Ct. resumes w/ cross-exam of Dr. Cotton continuing. Ct-direct of Dr. Cotton. Ct-cross of Dr. Cotton. Ct in recess. Ct. resumes. Plt. rests case-in-chief. Dft. makes Rule 50 motion. Plt's csl. responds. Ct. grants dft's Rule 50 motion & orders that judgement be entered in favor of defendants. Jury dismissed. Ct. adjourns.

Continue remarks and notes on back.

Jennifer Kennedy   Deputy Clerk
Monica Zamiska    Court Reporter

Cotton
v.
Three Rivers Health

1:00-cv-1709

## WITNESS ACTIVITY LIST

| Start | End | Time | Side Bars | Dir | Cross | Re-Direct | Re-Cross | Atty. No. | Witness or Activity |
|---|---|---|---|---|---|---|---|---|---|
| 9:34 | 9:52 | 18 | | | / | | | 3 | Victor Cotton |
| 9:52 | 9:54 | 2 | / | | | | | | |
| 9:54 | 10:48 | 54 | | | / | | | 3 | Victor Cotton |
| 11:07 | 11:48 | 41 | | | / | | | 3 | " |
| 11:49 | 11:58 | 9 | | | | / | | 1 | " |
| 11:58 | 12:01 | 3 | | | | | / | 3 | " |
| 12:01 | 12:16 | 15 | / | | | | | | |

FILED
HARRISBURG
MAR - 5 2002
MARY E. D'ANDREA, CLERK
Per
DEPUTY CLERK