# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Judge: Yvette Kane

Case: Victor R. Cotton v. Three Rivers Health Plans, Inc.
No 1:CV-00-1709

## PLAINTIFF'S EXHIBIT LIST

FILED
HARRISBURG
MAR - 5 2002
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

| No.[1] | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|
| P1 | Plaintiff's Complaint | | | | |
| P2 | Deposition transcript and videotape of Victor Cotton | | | | |
| P3 | Deposition transcript and videotape of William Lawson | | | | |
| P4 | Deposition transcript and videotape of Thomas Carmichael | | | | |
| P5 | Deposition transcript and videotape of Scott Markovich | | | | |
| P6 | Deposition transcript and videotape of Lewis Perry | | | | |
| P7 | Deposition transcript and videotape of Charles Artz | | | | |
| P8 | Deposition transcript and videotape of David Thomas | | | | |
| P9 | Deposition transcript and videotape of Beverly Ludlum | | | | |
| P10 | Three Rivers Health Plans, Inc. Job Description | 3/4/02 | 3/5/02 | Adm | Dr. Victor Cotton |

[1] Plaintiff reserves the right to use any exhibit included on Defendant's exhibit list and to supplement this exhibit list after the Court resolves the pending motion for summary judgment.

| | | | | |
|---|---|---|---|---|
| P11 | Three Rivers Health Plans, Inc.'s Acknowledgement and Disclosure dated April 29, 1999 | 3/4/02 | 3/5/02 Adm | Dr. Victor Cotton |
| P12 | Three Rivers Health Plans, Inc. Pay Rate Review and History Form | 3/4/02 | | Dr. Victor Cotton |
| P13 | /0 Documents produced by Defendant in response to Plaintiff's Request for Production of Documents: (See Attached Index) | | | |
| P14 | Memorandum dated 9/14/98 from Bill Lawson to Victor Cotton | 3/4/02 | 3/5/02 Adm | Dr. Victor Cotton |
| P15 | Memorandum dated 9/29/98 from Bill Lawson to Victor Cotton | 3/4/02 | 3/5/02 Adm | Dr. Victor Cotton |
| P16 | Memorandum dated 12/1/98 from Warren Carmichael to Victor Cotton | 3/4/02 | 3/5/02 Adm | Dr. Victor Cotton |
| P17 | Stock Option Agreement dated February 1, 1999 and effective on May 4, 1999 | 3/4/02 | 3/5/02 Adm | Dr. Victor Cotton |
| P18 | Memorandum dated 8/26/98 from Warren Carmichael to Danette Mandella | | | |

| | | | | | |
|---|---|---|---|---|---|
| P19 | Team Member Bonus Plan Evaluations | 3/4/02 | 3/5/02 | Adm | Dr. Victor Cotton |
| P20 | Quarterly Bonus Plan Team Member Evaluations | 3/4/02 | 3/5/02 | Adm | Dr. Victor Cotton |
| P21 | Dr. Cotton's Affidavit dated 10/29/01 | | | | |
| P22 | Memorandum dated 1/20/98 from Warren Carmichael to Beverly Ludlum which is attached to Defendant's Statement of Undisputed Facts as Exhibit "I" | 3/4/02 | | | Dr. Victor Cotton |
| P23 | Memorandum dated 5/18/99 from Beverly Ludlum to Warren Carmichael which is attached to Defendant's Statement of Undisputed Facts as Exhibit "J" | | | | |
| P24 | Memorandum dated 5/6/99 from Warren Carmichael to File re: Pat Casey Meeting | | | | |
| P25 | Memorandum dated 2/19/99 which is attached to Defendant's Statement of Undisputed Facts as Exhibit "K" | 3/4/02 | | | Dr. Victor Cotton |

| | | | |
|---|---|---|---|
| P26 | Investigative Memorandum dated 7/30 98 from Jerry Hogenmiller re: meeting with Donna Lengel | 3/4/02 | Dr. Victor Cotton |
| P27 | Investigative Memorandum dated 7/30/98 from Jerry Hogenmiller re: meeting with Terry Quinn | 3/4/02 | Dr. Victor Cotton |
| P28 | Investigative Memorandum dated 7/30/98 from Jerry Hogenmiller re: meeting Deb Ceruti | 3/4/02 | Dr. Victor Cotton |
| P29 | Investigative Memorandum dated 7/31/98 from Jerry Hogenmiller re: meeting with Kelly Lennon | 3/4/02 | Dr. Victor Cotton |
| P30 | Medical Cost Containment Incentive Plan for Victor Cotton for period 3/1/98 – 9/30/99 | | |
| P31 | UM Organization Chart | 3/④/02  3/5/02 Adm | Dr. Victor Cotton |
| P32 | UM Operating Plan dated 5/11/99 | 3/④/02  3/5/02 Adm | Dr. Victor Cotton |
| P33 | Certificates, Recognitions, Awards, Achievements and goodbye notes | | |

| | | | | |
|---|---|---|---|---|
| P34 | Personnel file for Danette Mandella (not yet supplied by Defendant)[2] | | | |
| P35 | Personnel file for Pat Casey (not yet supplied by Defendant)[2] | | | |
| P36 | Personnel file for Peggy Wetzel (not yet supplied by Defendant)[2] | | | |
| P37 | Personnel file for Jill Guffey (not yet supplied by Defendant)[2] | | | |
| P38 | All Three Rivers' files which relate to Dr. Cotton (in the depositions, various employees discussed files regarding Dr. Cotton) (not yet supplied by Defendant)[2] | | | |
| P39 | Hospital contracts and all communication with regard to these contracts, renegotiations and issues or problems arising out of the relationship between these hospitals and Three Rivers (not yet supplied by Defendant)[2] | | | |

---

[2] These items were originally requested in Plaintiff's Request for Production of Documents. Defendant objected on the basis of "relevancy". Follow up letters were sent on 8/7/01 and 10/17/01 requesting these items again. Plaintiff has not received a response to these letters.

| | | | | | | |
|---|---|---|---|---|---|---|
| P40 | Provider contracts (not yet supplied by Defendant)[2] | | | | | |
| P41 | Files with regard to the investigation conducted by Mr. Hogenmiller (not yet supplied by Defendant)[2] | | | | | |
| P42 | DPW records (in the Case management Order, Three Rivers agree to produce these documents) (not yet supplied by Defendant)[2] | | | | | |
| P43 | All documents criticizing Dr. Cotton and his performance as a Medical Director for Three Rivers (not yet supplied by Defendant)[2] | | | | | |
| P44 | All job descriptions for Dr. Cotton's role as Medical Director, whether such description was produced internally by Three Rivers or by an outside entity (e.g. DPW). (not yet supplied by Defendant)[2] | | | | | |
| P45 | Timeline of significant events during Plaintiff's employment | 3/4/02 | 3/5/02 | Dew | Dr. Victor Cotton | |
| P46 | State filings | | | | | |
| P47 | DPW regulations | | | | | |