# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## EXHIBIT LISTING

**Abbreviated name of case:** *Cotton v. Three Rivers Health Plans* No. 1:CV-00-1709

Judge Kane

**Name of Party Submitting this list:** Three Rivers Health Plans

| EXHIBIT INITIAL AND NO.[1] | DESCRIPTION OF OBJECT OR ITEM | DATE | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 1 | Three Rivers Team Member Handbook | 1997 | | | |
| 2 | Deposition of V. Cotton | 2001 | | | |
| 3 | Defendant's First Set of Requests for Admission. | 2001 | | | |
| 4 | Letter dated 7/4/98 from V. Cotton to B. Ludlum | 7/4/98 | 3/5/02 | | DR. Cotton |
| 5 | Letter dated 7/22/98 from V. Cotton to J. Hogenmiller | 7/22/98 | 3/5/02 | | " |
| 6 | Letter dated 9/1/98 from V. Cotton to W. Lawson | 9/1/98 | 3/5/02 | | DR. Cotton |
| 7 | Affidavit of P. Casey | 10/6/01 | | | |
| 8 | Affidavit of L. Gelpi | 9/19/01 | | | |
| 9 | Letter dated 2/4/99 from S. Handy to L. Gelpi | 2/4/99 | | | |
| 10 | Memorandum dated 2/9/99 from L. Gelpi to W. Carmichael | 2/9/99 | | | |
| 11 | Memorandum dated 2/19/99 from W. Carmichael to File | 2/19/99 | | | |
| 12 | Memorandum dated 4/8/99 from W. Carmichael to File | 4/8/99 | | | |

FILED
HARRISBURG

MAR - 5 2002

MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

[1] Three Rivers reserves the right to use any exhibit included on Plaintiff's exhibit list.

| EXHIBIT INITIAL AND NO. | DESCRIPTION OF OBJECT OR ITEM | DATE | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|
| 13 | Acknowledgment and Disclosure dated 4/29/99 | 4/29/99 | 3/5/02 | | Dr. Cotton |
| 14 | Attendance List from 4/29/99 Compliance Meeting | 4/29/99 | 3/5/02 | | Dr. Cotton |
| 15 | Deposition of A. Paglia | 2001 | | | |
| 16 | Memorandum dated 9/14/98 from W. Lawson to V. Cotton | 9/14/98 | | | |
| 17 | Memorandum dated 9/29/98 from W. Lawson to V. Cotton | 9/29/98 | | | |
| 18 | Memorandum dated 12/1/98 from W. Carmichael to V. Cotton | 12/1/98 | | | |
| 19 | Executed stock option agreement | 2/1/99 | | | |
| 20 | Evaluation form for V. Cotton | 5/6/99 | | | |
| 21 | Evaluation form for V. Cotton | 3/4/99 | | | |
| 22 | HUD-1 Settlement Sheet | 5/28/99 | | | |
| 23 | Selected pages of HCSW Managed Care Agreement | 12/98 | | | |
| 24 | HCSW Request for Proposals | 1998 | | | |
| 25 | W. Lawson handwritten notes re: agenda for 9/98 meeting w/ V. Cotton. | 9/98 | | | |
| 26 | W. Lawson handwritten notes (attachments to W. Lawson deposition) | 1998-1999 | | | |
| 27 | Signed statement of V. Cotton to J. Hogenmiller | 1998 | 3/5/02 | | Dr. Cotton |
| 28 | Patricia Casey memorandum re: interactions with V. Cotton February 1998 | 2/98 | | | |
| 29 | Agenda for DPW on-site meeting | Summer 1999 | | | |
| 30 | Printouts of e-mail exchange re: Grantham case | 4/99 | 3/5/02 | | Dr. Cotton |

2