AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

VICTOR R. COTTON,
      Plaintiff

v.          CASE NUMBER: 1:CV-00-17091

THREE RIVERS HEALTH PLAN, INC. and
WARREN CARMICHAEL,
      Defendants

FILED
HARRISBURG
MAR - 5 2002
MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of defendant Warren Carmichael and against plaintiff Victor R. Cotton.

Date: March 5, 2002

Certified from the record
Date 3-5-02
Mary E. D'Andrea, Clerk
Per _____
    Deputy Clerk

Mary E. D'Andrea, Clerk of Court

(By) Jennifer Kennedy, Deputy Clerk