AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

VICTOR R. COTTON,
        Plaintiff

v.

THREE RIVERS HEALTH PLANS, INC. and
WARREN CARMICHAEL,
        Defendants

CASE NUMBER: 1:CV-00-1709

FILED
HARRISBURG
MAR - 5 2002
MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of defendant Three Rivers Health Plans, Inc. and against plaintiff Victor R. Cotton.

Date: March 5, 2002

Mary E. D'Andrea, Clerk of Court

(By) Jennifer Kennedy, Deputy Clerk

Certified from the record
Date 3-5-02
Mary E. D'Andrea, Clerk
Per_____
    Deputy Clerk