89
3-19-02
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR R. COTTON,<br>  Plaintiff, | : | No. 1:CV-00-1709 |
| | : | |
| | : | Judge Kane |
| vs. | : | |
| | : | |
| THREE RIVERS HEALTH PLANS,<br>INC., a corporation,<br>  Defendant. | : | |



FILED
MAR 1 9 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

## ORDER

AND NOW, this 19th day of March, 2002, upon consideration of Defendant's motion for leave to contact jurors, it is ordered that the motion is granted and Defendant may send to the empaneled jurors the questionnaire and transmittal letter attached to its motion.

_____
Yvette Kane
United States District Judge